In the Matter of MAX COHEN, Appellant, v GRAINGER, TESORIERO & BELL et al., Respondents

The petitioner, an attorney discharged by his client prior to the termination of a lawsuit, failed to establish his entitlement to compensation on a contingent fee basis *(cf., Lai Ling Cheng v Modansky Leasing Co., 73 NY2d 454)*. However, based on our independent review of the record, we conclude that the amount of counsel fees awarded to the petitioner on a quantum meruit basis of actual work performed was inadequate. We have therefore modified the award to the extent indicated *(see, Jordan v Freeman, 40 AD2d 656)*. Thompson, J. P., Sullivan, Harwood and O'Brien, JJ., concur.